IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JACQUELINE ATKINSON,             )
                                 )
        Plaintiff,                )
                                 )
        v.                        )    1:05-CV-00024
                                 )
FOOD LION, LLC,                   )
                                 )
        Defendant.                )
_____)

## JUDGMENT

Tilley, Chief Judge

For the reasons set forth in an accompanying Memorandum Opinion, the defendant Food Lion's Motion for Summary Judgment [Doc. # 13] is GRANTED.

This the day of December 30, 2005

                                                        /s/ N. Carlton Tilley, Jr.
                                                        United States District Judge